UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-25060-CIV-ALTONAGA/Torres

**WINDY LUCIUS**,

      Plaintiff,
v.

**FABIANA FILIPPI RETAIL MIAMI LLC**,

      Defendant.
_____/

### ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon Defendant, Fabiana Filippi Retail Miami, LLC's Agreed Motion for Extension of Time to File Response to the Complaint [ECF No. 9], filed on December 24, 2020. In the Motion, Defendant requests an extension of time until February 4, 2021 to file a response to the Complaint so the parties can engage in settlement discussions to try and resolve this matter without the need for judicial labor. (*See id.*). After careful consideration of the Motion, and being fully advised, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only, and all pending motions are **DENIED** as moot. The Court nonetheless retains jurisdiction and the case shall be restored to the active docket upon Court order following motion of a party advising the parties were unable to reach a settlement. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 28th day of December, 2020.

                                                            **CECILIA M. ALTONAGA**
                                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record