UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-25060-CMA

WINDY LUCIUS,

      Plaintiff,

v.

FABIANA FILIPPI RETAIL MIAMI LLC,

      Defendant.

_____/

## JOINT STIPULATOIN OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff WINDY LUCIUS and Defendant FABIANA FILIPPI RETAIL MIAMI LLC hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 10, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Ezequiel J. Romero* |
| J. Courtney Cunningham, Esq. | Ezequiel J. Romero, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | BRYAN CAVE LEIGHTON PAISNER, LLP |
| FBN: 628166 | FBN: 107216 |
| 8950 SW 74th Court | 200 S. Biscayne Blvd. |
| Suite 2201 | Suite 400 |
| Miami, FL 33156 | Miami, FL 33131 |
| T: 305-351-2014 | T: 786-322-7700 |
| cc@cunninghampllc.com | romeroe@bclplaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.